# UWEM UMOH
**ATTORNEY AT LAW**

255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

TEL: 718.360.0527       EMAIL: numoh@umohlaw.com       FAX: 800.516.5929

BY FACSIMILE

December 18, 2009

Hon. Judge Cheryl Pollak
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: Moffat v. City of New York et al.
09 CV 2522 (ILG)(CLP)

Your Honor:

    I represent the plaintiff in the above referenced matter.  I write seeking an adjournment of the settlement conference scheduled for December 21, 2009 to a date in mid January 2010, or a date that works best for the Court.

    The adjournment is needed because plaintiff and his mother are unable to make the conference because of a scheduling conflict.  They are available in the morning on dates after January 18, 2010.  The defendants state that they are January 27, 2010 at 11:30am and January 28, 2010 at anytime.

    Accordingly, Plaintiff respectfully requests an adjournment of the settlement conference.  This is plaintiff's first request.

    I thank the Court for Your time and consideration of this matter.

Respectfully,


s/
NKEREUWEM UMOH

Cc: Caroline Chen, Esq., counsel for defendants via ECF.